BENJAMIN MAHLER et al., Suing on Behalf of Themselves and All Other Stockholders of Trico Products Corporation Similarly Situated, et al., Respondents, *v.* TRICO PRODUCTS CORPORATION, Appellant, et al., Defendants.

Argued January 15, 1947; decided February 28, 1947.

*Harold R. Medina, James McC. Mitchell* and *Richard T. Davis* for appellant.

*Benjamin Algase, James O. Moore, William Klein* and *Abraham Porter* for respondents.

Order affirmed, with costs. Question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.